No. —, original. EX PARTE ALBERT E. PEIRCE. April 5, 1937. The motion for leave to file petition for writ of certiorari is denied.

No. —, original. EX PARTE WILLIAM PAUL OWENS. April 5, 1937. The motion for leave to file petition for writ of habeas corpus is denied.